No. 229. HAINES ET AL., COMPRISING KEYSTONE POLICYHOLDERS' COMMITTEE, *v.* PENNSYLVANIA ET AL. Appeal from the Supreme Court of Pennsylvania, Middle District. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the

appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Ellis G. Arnall* and *Cleburne E. Gregory, Jr.* for appellants. *D. Arthur Magaziner* for appellees. ▮